

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00075-CR

| | | |
|---|---|---|
| CLYDELL MARIE OLANIPEKUN, Appellant | § | On Appeal from the 297th District Court |
| | § | of Tarrant County (1380032D) |
| v. | § | March 12, 2020 |
| | § | Opinion by Justice Womack |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We modify the "<u>Plea to Motion to Adjudicate:</u>" portion of the trial court's judgment by deleting the phrase "Paragraph Three-True" and affirm the judgment as modified. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack